```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                  Criminal No.  11-cr-11-01-PB

<u>Harris Wilson Sanchez</u>

### **O R D E R**

The defendant has moved to continue the April 5, 2011 trial in the above case.  Defendant cites the need for additional time to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 5, 2011 to July 6, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 21,2011 final pretrial conference is continued until June 22, 2011 at 3:00 pm.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
Chief Judge

March 11, 2011

cc: Bjorn Lange, Esq.
    Alfred Rubega, Esq.
    United States Probation
    United States Marshal